UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Holland, Jeffrey L.
Holland, Jan Marie

                 Debtors.

Chapter 7

Case No. 03-10084 LER

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 3 | Verizon South Inc. AFNI/Verizon, 404 Brock Dr. Bloomington, IL 61701 | $261.35 | $261.35 |
| 3I | Verizon South Inc. AFNI/Verizon, 404 Brock Dr. Bloomington, IL 61701 | $27.68 | $27.68 |

**TOTAL UNCLAIMED DIVIDENDS:**       $ 289.03

Dated: May 24, 2011

MICHAEL J. O'CONNOR
Trustee
O'CONNOR & O'CONNOR, PC, 20 CORPORATE WOODS BLVD
ALBANY, NY  12211-2350
(518) 465-0400